1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ERNEST L. HALES,**                                    Case No. 1:10-CV-00097 LJO SMS

                                        Plaintiff,  **ORDER**

        **v.**

**MATTHEW CATE, ET AL.,**

                                        Defendants.

Pursuant to the stipulation of the parties, and good cause having been found, the April 22, 2010, Mandatory Scheduling Conference is vacated.  The Scheduling Conference hearing is continued from April 22, 2010 to July 19,2010 at 10:00 a.m. in Courtroom #7 before Judge Snyder.

IT IS SO ORDERED.

Dated:   April 7, 2010                          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (1:10-CV-00097 LJO SMS)

PDF created with pdfFactory trial version www.pdffactory.com