IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST L. HALES,** | Case No. 1:10-CV-00097 LJO SMS |
| Plaintiff, | **ORDER** |
| v. | |
| **MATTHEW CATE, ET AL.,** | |
| Defendants. | |

    Pursuant to the stipulation of the parties, and good cause having been found, the hearing on Defendant Adam's Motion to Dismiss is reset to May 24, 2010 at 8:30 a.m. Defendants Lopez, Johnson and Cate and Lee have, to and including April 15, 2010, to file a responsive pleading. Defendant Adam's reply Plaintiff's opposition to his Motion to Dismiss may be combined with any reply filed by Defendants Lopez, Johnson, Cate, or Lee.

Dated: _April 7, 2010____          /s/ Lawrence J. O'Neill_____
                                   The Honorable Lawrence J. O'Neill